UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 5:22-CR-42 |
| | ) | |
| ARON ETHRIDGE | ) | |

MOTION FOR DETENTION

The United States of America, by and through its attorney, Nicolas P. Kerest, United States Attorney for the District of Vermont, moves for pretrial detention of the above-named defendant pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility for Detention</u>. This defendant is eligible for detention because his case involves a crime of violence carrying a maximum term of imprisonment of ten years or more, 18 U.S.C. § 3142(f)(1)(A), and an offense for which the maximum sentence is life imprisonment, 18 U.S.C. § 3142(f)(1)(B).

2. <u>Reason for Detention</u>. The Court should detain the defendant because there are no conditions of release that will reasonably assure the appearance of the defendant and the safety of the community.

3. <u>Rebuttable Presumption</u>. The rebuttable presumption does not apply in this case.

4. <u>Other Matters</u>. The conduct alleged in the indictment relates to a kidnapping where the kidnapper killed the victim. The offense is a crime of violence involving a firearm. The evidence is strong. The defendant faces a potential life sentence, and a guideline range for the current charge of between 24 and 30 years of imprisonment.

5. <u>Time for Detention Hearing</u>.

The United States requests the Court conduct the detention hearing after a three-day continuance.

Dated at Burlington, in the District of Vermont, this 20th day of April 2022.

        Respectfully submitted,

        UNITED STATES OF AMERICA

        NIKOLAS P. KEREST
        United States Attorney

By:   <u>*/s/ Paul Van de Graaf*</u>
      Paul Van de Graaf
      Jonathan A. Ophardt
      Assistant U.S. Attorney
      P.O. Box 570
      Burlington, VT 05402-0570
      (802) 951-6725