NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

United States of America

    v.                                             Case No. 5:22-cr-42-1

Aron Lee Ethridge

TAKE NOTICE that the above-entitled case has been scheduled at 1:30 PM on Friday, December 2, 2022, in Burlington, Vermont, before Honorable Geoffrey W. Crawford, Chief Judge, for Sentencing.

Location: Courtroom 110                          JEFFREY S. EATON, Clerk

                                                               By: *Pamela J. Lane*
                                                               Deputy Clerk
                                                               7/26/2022

TO:

Paul J. Van de Graaf, AUSA
Jonathan Ophardt, AUSA

Mark A. Kaplan, Esq.

Sunnie Donath, Court Reporter